# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADEN VAN DER WALL, et al., | Case No.: 3:18-CV-2307-L-MSB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS [Doc. 12]** |
| v. | |
| ILLUMINA, INC., et al., | |
| Defendants. | |

Pending before the Court is the parties' joint motion to stay pending resolution of a pending motion for class certification filed by plaintiff Natissisa Enterprises Ltd. In the consolidated *Chen v. Illumina, Inc.*, 3:16-CV-3044-L-MSB. For good cause shown, the Court **GRANTS** the parties' joint motion. All proceedings in this case are hereby stayed pending the resolution of Natissisa's class certification motion.

Dated: January 14, 2019

Hon. M. James Lorenz
United States District Judge