

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Romanoff, on behalf of themselves and all other similarly situated persons<br><br>Plaintiff,<br>V.<br><br>Illumina, Inc.; Francis A. deSouza; Marc A. Stapley<br><br>Defendant. | Civil Action No.   18-cv-02307-L-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The final approval of Class Settlement is granted. The application for Attorneys' fees, costs, and Class Representative service awards is granted in part and denied in part. The disbursement of funds is granted. The Complaint is dismissed with prejudice

Date:     3/17/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy